UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JULIA ABBATE,

        Case No.:

Plaintiff,

vs.

POLLACK & ROSEN, P.A., and
CAPITAL ONE BANK (USA) N.A.,

    Defendants.

_____

**COMPLAINT**
**JURY DEMAND**

1.    Plaintiff, JULIA ABBATE ("Plaintiff') by and through the undersigned counsel hereby brings this action against Defendant, POLLACK & ROSEN, P.A., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. Plaintiff also brings this action against Defendant CAPITAL ONE BANK (USA) N.A., for violations of the Florida Consumer Collection Practices Act § 559.72 *et seq*. (hereinafter "FCCPA").

**JURISDICTION AND VENUE**

2.    This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under the laws of the United States.

3.    Supplemental jurisdiction exists for Plaintiff's FCCPA claim pursuant to 28 U.S.C. § 1367.

4.    Venue here is proper under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claim occurred in Miami-Dade County, Florida.

**PARTIES**

5.    Plaintiff is a natural person who, at all times relevant to this action, is and was a resident of Miami-Dade County, Florida.

6. Plaintiff, who, as more fully described herein, is allegedly obligated to pay a debt and is therefore a consumer within the meaning of 15 U.S.C. § 1692a(3).

7. Defendant, POLLACK & ROSEN, P.A. ("Law Firm") is a Florida law firm Corporation whose principal place of business is located at 800 South Douglas Road, Suite 200, Coral Gables, FL 33134.

8. Law Firm uses the mail and telephone in a business the principal purpose of which is the collection of debts. Law Firm is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

9. At all times material hereto, Law Firm regularly collects or attempts to collect debts for other parties and is a "debt collector" as defined under 15 U.S.C. 1692a(6).

10. Defendant, CAPITAL ONE BANK (USA), N.A. ("Capital One") is a national banking association organized under the state of Delaware. Capital One is authorized to do business in and regularly conducts business in the State of Florida. Capital One's registered agent is Corporation Service Company, 1111 East Main St., 16th Floor, Richmond, VA 23219.

## FACTUAL ALLEGATIONS

11. This action stems from Law Firm's attempt to collect on an alleged debt incurred for personal, family or household purposes, on behalf of Capital One.

12. On or about November 17, 2017, Law Firm filed a two-count complaint against Plaintiff for account stated and unjust enrichment in Miami-Dade County small claims court, to wit: *Capital One Bank (USA) N.A., v. Julia C. Abbate,* Case No.: 2017-015100-SP-25.

13. On January 3, 2018, Plaintiff's counsel in the small claims action entered a notice of appearance. A true and correct copy of the notice of appearance is attached hereto as Exhibit "A."

14. On or about April 17, 2018, Law Firm on behalf of Capital One sent a

communication in an attempt to collect a debt directly to Plaintiff, without the permission of Plaintiff's attorney. A true and correct copy of the communication is attached hereto as Exhibit "B."

## COUNT I – VIOLATION OF 15 U.S.C. §1692c(a)(2) AGAINST LAW FIRM

15. Plaintiff incorporates paragraphs 1 through 14 as if fully set forth herein.

16. Law Firm violated §1692c(a)(2) of the FDCPA by communicating with a consumer known to be represented by counsel. Furthermore, Plaintiff's attorney in the small claims action did not consent to direct contact.

17. 15 U.S.C. § 1692k(a) provides that a debt collector who fails to comply with any provision of the FDCPA with respect to any person is liable to such person for up to $1,000 in statutory damages, actual damages, the costs of the action, together with a reasonable attorney's fee as determined by the court.

18. As a result of Defendant's aforementioned violations, Plaintiff suffered damages, including but not limited to, time spent addressing Defendant's illegal collection practices.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment in his favor and against Defendant for:

    a. statutory damages pursuant to 15 U.S.C. § 1692k;

    b. Attorneys' fees, litigation expenses and costs of the instant suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II – VIOLATION OF §559.72(18) AGAINST CAPITAL ONE

19. Plaintiff incorporates by reference paragraphs 1 through 14 as if fully set forth herein.

20. At all times relevant to this action, Capital One is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

21. Capital One violated Florida Statute § 559.72(18) by communicating with a debtor known to be represented by an attorney, with respect to the alleged debt and had knowledge of or could have readily ascertained such attorney's name and address. Plaintiff's attorney neither consented to a direct communication with Plaintiff, nor did Plaintiff initiate the communication.

22. "Any person who fails to comply with any provision of s. 559.72 is liable for actual damages and for additional statutory damages as the court may allow, but not exceeding $1,000, together with court costs and reasonable attorney's fees incurred by the plaintiff. In determining the defendant's liability for any additional statutory damages, the court shall consider the nature of the defendant's noncompliance with s.559.72, the frequency and persistence of the non-compliance, and the extent to which the noncompliance was intentional." Fla. Stat. 559.77(2).

23. As a result of Capital One's aforementioned violations, Plaintiff suffered damages, including but not limited to, time spent addressing Capital One's illegal collection practices.

WHEREFORE, Plaintiff respectfully requests this Court to enter judgment in his favor and against American Express for:

   a. Actual and statutory damages pursuant to Fla. Stat. § 559.77;
   b. attorneys' fees, litigation expenses and costs of the instant suit; and
   c. such other or further relief as the Court deems proper.

**JURY DEMAND**

24. Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

/s/ *Kevin Rajabalee*
Kevin Rajabalee, Esq.
FBN: 119948

**KR LEGAL, P.A.**
3440 Hollywood, Blvd., Ste 415
Hollywood, FL 33021
Telephone: (954) 667-3096
Email: Kevin@KRlegal.net